Jeff Estes, Special Conservator for Damian Nuckles, Plaintiff-Appellant, v. A&S Towing, LLC, Defendant-Appellee. No. 19CA2373
Court of Appeals of Colorado, Seventh Division
October 7, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Announced September 23, 2021
 
 
 City
 and County of Broomfield District Court No. 19CV13 Honorable
 Robert W. Kiesnowski, Jr., Judge.
 
 
 
 OPINION
 
 
 GROVE,
 JUDGE.
 
 
 JUDGMENT
 AFFIRMED
 
 
 Caption
 Page Modified On the Court's Own Motion
 
 
 
 Navarro and Pawar, JJ., concur.